ROGER L. MEREDITH, ESQ. # 83803
INGRID A. EBERLE, ESQ. #220342
ANGELA T. MITCHELL, ESQ. #241188
LAW OFFICES OF ROGER L. MEREDITH
220 Montgomery Street, Suite 496
San Francisco, California 94104
Telephone: (415) 616-5959
Facsimile: (415) 788-3234
E-mail: meredith@rogerlmeredith.com

Attorney for Plaintiff,
RECO MAXIMO III, a Minor,
by and through his Guardian Ad Litem,
MARLENE CLYBURN,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECO MAXIMO III, a Minor, by and through his Guardian Ad Litem, MARLENE CLYBURN, <br><br>        Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO UNIFIED SCHOOL DISTRICT, KRISTIN TAVERNETTI, and CLINT SOCKWELL, <br><br>        Defendants. | CASE NO.: CV 10-03533 JL <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME OF DEFENDANT'S NOTICE OF MOTION AND ORDER THERON <br><br> CURRENT DATE: November 3, 2010 <br> PROPOSED DATE: ~~November 17, 2010~~ <br> TIME: 9:30 a.m.    December 8, 2010 <br> DEPT: Courtroom F, 15th Floor <br> JUDGE: Magistrate Judge James Larson |

The parties hereto, Plaintiffs RECO MAXIMO III, a Minor, by and through his Guardian Ad Litem, MARLENE CLYBURN and Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT, KRISTIN TAVERNETTI, and CLINT SOCKWELL, by and through their respective counsel stipulate and agree and request that pursuant to Civil L.R. 6-2(b) the Court

1
STIPULATED REQUEST FOR ORDER CHANGING TIME OF DEFENDANT'S NOTICE OF MOTION AND ORDER THERON

grant an Order Changing Time of the hearing on Defendant's Motion to Dismiss currently set for November 3, 2010 at 9:30 a.m. to a new hearing date of ~~November 17, 2010~~ December 8, 2010 at 9:30 a.m. This matter is also currently set on the same date of ~~November 17, 2010~~ for a Case Management Conference.

Date: ~~September~~ Oct. 8, 2010

_____
ROGER L. MEREDITH, Esq.
Attorney for Plaintiff,
RECO MAXIMO III, a Minor,
by and through his Guardian Ad Litem,
MARLENE CLYBURN

Date: ~~September~~ October 8, 2010

_____
Kevin E. Gilbert, Esq.
Attorney for Defendants,
SAN FRANCISCO UNIFIED SCHOOL DISTRICT, KRISTIN TAVERNETTI, and CLINT SOCKWELL

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 14, 2010

_____
MAGISTRATE JUDGE JAMES LARSON

Clyburn-StipCont.doc

2
STIPULATED REQUEST FOR ORDER CHANGING TIME OF DEFENDANT'S NOTICE OF MOTION AND ORDER THERON